# SECOND AMENDED COMPLAINT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 23 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. <u>2:23-cv-00224-DPM</u>-BBM

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: David A Bridgewater
ADC # _____
Address: 814 Peach St Papilar Bluff MO 63901

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: C Barnett
Position: Warden
Place of employment: FCI Forrest City low
Address: 1400 Dale Bumpers Rd, Forrest City AK 72335

Name of defendant: M. Tomar M.D
Position: FCI Health Director

4

Place of employment: Forrest City Low

Address: 1400 Dale Bumpers Rd. Forrest City AR. 72335

Name of defendant: Juliette Fontaine Contract Phy

Position: M.D.

Place of employment: Forrest City Low

Address: 1400 Dal Bumpers Rd. Forrest City AR 72335

Name of defendant: OBI-OKOYE, Nwannem MD

Position: MD

Place of employment: Forrest City low

Address: 1400 Dale Bumpers Driv Forrest City AR 72335

More See attached 1.

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☒   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: __Released oct 3 - 2024__

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____  No _X_

If not, why? Grievances were never Returned so next step could not proceed.

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Attached. 2, 7 pages

7

VIII. Relief

> State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.
>
> See ATT 3.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _13_ day of _December_, 20_24_.

_____
Signature(s) of plaintiff(s)

Obi Okoye
Medical Dr.
Forrest City low 1400 Dale Bumpers rd Forrest City, Ar. 72335

Juliette Fontaine
Contract Physician
Forrest City low 1400 Dale Bumpers rd
Forrest City, Ar. 72335

M. Tomar
Medical Dr. FCC Health Director
Forrest City low 1400 Dale Bumpers rd.
Forrest City, Ar. 72235

Rosemary Stiles
Nurse Practitioner
Forrest City low 1400 Dale Bumpers rd.  Forrest City, Ar 72335

L. Yates
Nurse "retired"
Forrest City low 1400 Dale Bumpers rd. Forrest City, Ar 72335

C. Shelton
Pharmacist
Forrest City low 1400 Dale Bumpers rd. Forrest City, Ar 72335

Phillips
Nurse
Forrest City low 1400 Dale Bumpers rd.  Forrest City, Ar 72335

Mary Birdsong
Contract physician
Forrest City low 1400 Dale Bumpers rd. Forrest City, Ar 72335

Collette Peters
Director of the B.O.P.
320 First st N. W.
Washington, DC. 29534

Chad Garrett
Warden
Forrest City low 1400 Dale Bumpers rd
Forrest City, Ar. 72235

ATT 1,

Fact 1: On 9/20/2019 the medical facility at Forrest City low neglected to obtain pre-in incarceration medical records to verify Bridgewater's ailments and medication he was taking for those ailments.

This resulted in undue changes in prescriptions and most notably to the HIV and Diabetic regiments. Bridgewater's diabetes regiment required a more specialized insulin with particular delay and effect, however Bridgewater was told by the institution staff that his medicine was not formulary and that insulin is insulin by Dr. Obi as they prescribed the same general insulin given to all other inmates this change proved to be very unproductive for Bridgewater's sliding insulin scale. Shortly after his arrival his glucose levels were consistently over 200 and he retained noticeably higher glucose levels on test reports than he had before entering Bop custody. Bridgewater had mentioned this to both Dr.Obi and NP Stiles on numerous visits and to Nurse Halk on his initial intake at the facility. No actions were taken by the staff as noted by lab results. This combined with poor maintenance of his long-term infection of HIV placed him at heightened risk and susceptibility to any illness and its irreversible detrimental effects.

Bridgewater experienced deliberate indifference from FCC medical staff in February of 2020 following an emergency room trip to a local hospital due to extreme flu-like symptoms.
A prescription for Tamiflu was issued because he tested positive for type A flu. The prescription was never filled because the institution stock of the medication had expired according to Nurse Yates, and there was no one available to retrieve a new supply.
So this left Bridgewater with no alternative but to suffer the effects of high fevers, coughing and body aches and to beg the staff Brandon Wooten and Nurse Yates for Motrin or Ibuprofen to at least reduce the fevers and severe body aches and cramps. He received 2 doses in 4 days.
For 2 weeks in March of 2020 the institution failed to supply HIV related medication to Bridgewater. The script was never refilled even though request were made and never answered. This put him at a risk of therapy failure for his long-term infection and lowered the abilities of his immune system to fight off any infections.

Starting in April of 2020 Bridgewater experienced further deliberate indifference by the institution regarding his overall health.
The facility at this time due to Covid 19, was not seeing chronic care patients nor answering sick calls request if they were not covid-19 related. During this time Bridgewater submitted numerous sick calls. Sick calls were being picked up in the housing units due to the lockdown.

Bridgewater experienced problems such as extremely high glucose levels upwards of 300, severe headaches and dizziness, stomach pain, night sweats, muscle cramps and kidney stones which took two to three days to pass to which Bridgewater requested some form of relief. That relief never came. He asked for ibuprofen and he also asked for lab test to be performed to monitor the function of his kidney and liver and to test the levels relating to his long-term infection with HIV as there was something going on evident by the symptoms he was having such as the high levels of glucose and the nightsweats and others.

ATT 2.

These complaints and requests were ignored as they were not covid-19 related due to the staff being short-handed during the pandemic.

June of 2020 Bridgewater submitted a BP8 for a refill of a Tylenol prescription issued for a chronic care condition with pain. Since he wasn't receiving any help through sick call. On 6/15/2020 the assistant Health Service administrator denied this request on the basis that Bridgewater separate prescription for a low dose aspirin as a mild blood thinner constituted as pain relief. Name of the assistant health service administrator who signed the bp8 can not be found currently. The script for tylenol was finally requested by P.A Wingo.

Eventually after subsequent request and appeal efforts a refill was finally given on one occasion only. Bridgewater was then informed that further pain relief was needed. He would have to buy it from the commissary even though at that time the commissary was closed due to the covid-19 pandemic and the maximum allowed purchase would not even be close to the amount of prescription he was needing.

Bridgewater's health before and during the pandemic stemming from the previously detailed inadequacies and delivered indifference had objectively declined. Prior to Bridgewater's incarceration on 7/23/2018 lab reports showed a viral level of 50 and a CD4 level of 870 this test was performed by his infectious disease Dr. On 4/26/2019 labs reported while under US Marshals custody showed a viral load of 60 and a CD4 of 617 which is a noticeable decline in health. FCI Forrest City scheduled testing on 9/26/2019 which showed the resulting viral load of 68 and a CD4 of 628 at this time the viral load was still increasing and his immune system was trying to fight it off. These levels were a clear indicator of an issue, but because the B.O.P neglected to retrieve pre incarceration Medical records and only relied on the one test that they had from the Marshalls they failed to appreciate the gravity of the decline in Bridgewater's health testing was performed again on 1/20/2020 which resulted in a more than doubled viral loads of 139 and a CD4 of 670 which even compared to those records that the Bop received should have been clearly alarming and should have prompted action. The B.O.P instead ignored the trend of Bridgewater's Health declining even compared with limited medical history they did have for Bridgewater.

The neglect of Bridgewater continued as the Bop ignored the numerous Sick call requests from him throughout the pandemic and eventually the B.O.P. finally scheduled another lab test for Bridgewater as the results were disclosed to him in February of 2021 a viral load of 79,560 and a CD for a 545 at this point the result of neglect were becoming abundantly clear as Bridgewater's Health had objectively destabilized after the following lab result done on 7/7/2021 showed a viral load of 31,600 and a CD4 of 483. Institutional staff finally scheduled Bridgewater to see an infectious disease physician at Region one Health in Memphis Tennessee. A lab specimen was collected again and medical history was discussed along with the options to direct future treatment it was decided that the treatment regiment would remain unchanged until the collected lab samples results came back in.

Bridgewater had a history of resistance to medicines relating to his antiviral therapy noted in his medical records. Which means that the regiment changes for him should always be taken carefully and would require careful and close monitoring post introduction of new medicines.

New medication at times resulted in direct adverse reactions such as hives and swelling and at other times serious side effects from the medication such as severe headaches, nightmares, vomiting, nausea, diarrhea and organ issues primarily with the liver enzymes kidneys issues such as kidney stones, pancreatitis and stomach issues. Bridgewater had suffered many of these over the course of his infection and battle with HIV.

Bridgewater was taken back to Region 1 Health to discuss his most recent lab results on 8/12/2021. The report showed his viral load was 48,000 and CD4 was 420 it was then decided that the drug therapy regimen should be changed. The drug Biktarv was presented as an option but the option was dismissed because the medication was not formulary for the B.O.P. . The drug TivaKay was instead prescribed and the isentress was discontinued. This new regiment was filled and taken by Bridgewater from September through November of 2021 then suddenly medical staff at the institution came to an unfounded conclusion that the isentress was never discontinued and that Bridgewater should be taking it along with the Tivakay along with the two medicines he was on prior to his arrest prezcobix and descovy. Let it be noted that Bridgewater didn't have to go to the pill line for this new drug he was prescribed . Before this undue change a lab test on 12/1/2021 showed improvement with the minimal side effects a viral load of 57 and a CD4 or 567 the institutions Nurse Practitioner Rosemary Styles defended the action of taking all the meds and did so without verifying with the outside infectious disease physician.

On 12/1/20/21 Bridgewater had an appointment with a new doctor at the institution, Dr. Juliet Fontaine, a contract physician, claimed she did not understand why Bridgewater was not being seen by an outside infectious disease doctor. While the doctor appeared to want to take the time to provide thoughtful and adequate care, she commented that she was being reprimanded about spending a longer amount of time with patience. Since she was new and trying to be more familiar with her patients. The doctor increased the doses to his diabetic medicine and a blood pressure pill based on the results of an outdated lab report from August.

On 12/3/2021 Bridgewater's drug therapy for the treatment of HIV was suddenly changed again without any discussion or notice Biktarvy had been approved and tivicay and duscovy were discontinued leaving Bridgewater with only two pills concerning this therapy this action was also based on outdated Labs from August and though newer and more accurate information was immediately available.

To ensure his compliance, this medication was placed on pill line. Which is a requirement that an inmate appear at Medical at an assigned time every day, which varies greatly at Forrest City to receive and take their medication in front of medical staff. This new requirement was especially an oddity for Bridgewater since one of the prescribed medications had been allowed to have been self-carry since his arrival at the prison in 2019 without any issues and the Tivakay was given to him prior without such restriction.

Bridgewater invoked the administrative remedy process following this occurrence and additionally asked that his pill line assignment at a minimum be changed from the morning to the evening to delay the side effects that were more pronounced during the day.

Bridgewater's request for relief was denied and refused. He was verbally told by Nurse Langley that his issue was not an issue and that if he did not want to come to pill line when assigned he could just make the choice to not take his medication at all. After struggling with the adverse side effects which included upset stomach diarrhea and nausea at the point of unbearability Bridgewater still resolved and never let this treatment lapse even if the institution would not accommodate him. reasonably.

Bridgewater was called to Medical to see the Dr. again to sign a refusal of care as to why he was not going to pill line by Dr Fontaine. Even though he had never missed the pill line. As it turned out the institution gave Bridgewater a one month prescription of Biktarvy by mistake by C.Shelton Pharmacist to take back the unit. It was then assumed refusal because he wasn't adhering to his regiment. Though the institution subjected Bridgewater to the pill line to assure compliance with the treatment the institution failed to maintain and deliver its own supply of the medication.

Bridgewater did not know that it was a mistake and refused to sign the refusal because the form was blank and because he was adhering to his regiment though the institution. This type of action resulted in a lapse of medications for Bridgewater's treatment for multiple weeks as noted in February of 2020 and off and on throughout the years up to 1/10/2022 this can be noted by Nurse Phillips who failed to bring said medications to the unit during a lockdown had to return to Medical to get the pills and only came back with one and not both. Had Bridgewater been allowed to self carry the meds and monthly refills as opposed to relying on the institution daily the lapse arguably would not have occurred on his end. Though the institution's lack of meeting the supply would still have thwarted his adherence to the regiment.

The lab test was scheduled for Bridgewater on 3/16/2022. The effects of the treatment lapse had resulted in the worst lab results in Bridgewater's decades of diagnostic history. A viral load of 67 and a CD4 of 146.

5/5/2022 the institution's doctor ordered the lab test needed to be performed on Bridgewater every 3 to 6 months due to a sulfa drug allergy as prescribed by Dr Juliet Fontaine. Those tests were never performed.

Dr. Woodard noted the irregularities in the lab work 03/16/2022 and prescribed antibiotics for sores that Bridgewater had acquired. She also ordered more labs.

7/5/2023 Bridgewater was again given antibiotics for sores that wouldn't heal. Viral loads and cd4 counts were still unstable along with low platelet counts yet Dr Tomar found it unnecessary to issue oral medication when the counts were unstable. Tomar was ordering labs that were incomplete requests and no correct treatment could be established.

Tomar stated that a consult was needed because viral load was above 200 and no antibiotics needed because cd4 was over 100. He contradicted himself several times by saying one thing and doing something else. His actions were detrimental and didn't allow a clear insight to Bridgewater's declining HIV infection.

The institution took several months even to respond to Bridgewater's complaints as of a recent request in 2021 pertaining to Vision issues headaches, blurry vision, double vision,

4

improperly fitted glasses that were ordered by the B.O.P and when they arrived were to fit a child and not himself.

Fact 3: As Bridgewater was being neglected and treated with deliberate indifference by the institution he also witnessed the institution mismanage the medical care of other inmates.as expressed in previous grounds the institution had been inadequate in treating Bridgewater's diabetes and long-term infection.

Had the institution obtained Bridgewater's medical history they would have been well aware of Physician notes left by Dr. McCain detailing that Bridgewater had clear difficulties resulting from particular medical procedures, specifically a colonoscopy that resulted in complications that required Bridgewater to visit an emergency room. The institution scheduled Bridgewater for a colonoscopy for which he refused due to concerns and fears from previous procedures along with witnessing the neglect of other inmates who had the same or similar procedures.

Bridgewater also had adverse reactions to anesthesia involving allergies to certain drugs as well as aspirating during simple procedures such as mri and surgeries.

Bridgewater also refused a medical trip in August of 22 for a follow-up with Dr. Summers at Region One regarding the new medication he was placed on, the outside specialist required that Bridgewater be on the medication for 30 days but the delay in getting that medicine prevented Bridgewater from seeing the physician as the appointment was improperly scheduled before that 30-day time frame was completed.

Bridgewater's medical history also details adverse side effects to the TB test, flu vaccines and pneumonia vaccines however the Bop attempted to subject Bridgewater to these procedures and treatments. Note that only one TB x-ray was performed in 5 years. Bridgewater refused these injection procedures.

Bridgewater medical history also details that he requires as a result of a 2001 automobile accident pain medication and injections for pain, along with nerve ablations. The institution provided often and significant difficulty for Bridgewater to attain the relevant prescription of ibuprofen leaving him to beg for relief or suffer that disparity. Several instances of neglect and deliberate indifference and mismanagement and impeding his healthcare experienced by Bridgewater from the institution compounded with witnessing the institution fail with others medical care placed a constant anxiety filled concern, stress, fear and worry for the care of his life. All of which were unduly brought on from the deliberate indifference of the medical staff, who were there to provide adequate medical care even bare minimal care, but instead did nothing in many instances.

Bridgewater was sentenced to imprisonment; he was not sentenced to blatant medical neglect nor was he sentenced to having to worry day by day of an earlier death induced by the very people tasked with the duty of ensuring his medical care.

Fact 4: Bridgewater's ongoing risk to a serious illness was not being protected nor taken seriously by the B.O.P. During the pandemic lockdown.

Bridgewater's health was ignored and forced in deplorable living conditions of sewer leaks, being served spoiled food and overcrowding. The B.O.P subjected Bridgewater to cruel and unusual punishment due to its poor facilities and overcrowding.

The conditions in which inmates are housed are to be humane and free from potential and preventable health hazards. This is not just for the benefit of an inmate but the staff that work around them as well. The notion of safe, stable and healthy conditions should especially be of heightened importance for level 2 care facilities.

The bathroom at FCI Forrest City Low in all the housing units have significant water leaks and sewer problems. Bridgewater was assigned to housing unit Marianna Alpha and at least ever since his arrival in September 2019 there have been massive leaks and pipe bursts. With dripping water down from the upstairs units. This dripping water is over the showers, urinals and toilets. The institutions claimed that this is clean water or gray water and that it is not human waste falling from upstairs regardless of the source of the water. It flows through mold ridden pipe insulation and molded ceilings before it drips down on residents below. The seals around the toilet seep consistently and leave the bathroom floor wet and slick at all hours of the day and night with human waste water. Black mold and mildew remain strikingly present on the ceiling tiles and various air ducts which contribute to circulating problematic particles across the living unit even when and if the filters are cleaned on occasion. The kitchen drain is backed up constantly with the water seeping down the hallway and even into cubicles and officer stations. You have to wade through 3 to 5 inches of water to get ice or hot water for beverages and to heat your consumables from the commissary. There's also been extremely long lapses with no hot water to bathe with on multiple occasions since Bridgewater's arrival at the facility.

While there have been some attempts to fix and correct the problems they are often insufficient Band-Aid fixes that only addressed aesthetic appearances for a relatively short time instead of addressing the root issues. Generally these Aesthetics centered repairs coincide around inspections from parties of outside the immediate institution. This has been noted by other inmates as well. There was a hunger strike that occurred in late 21 so the issues of the poor living conditions and mass punishment could be brought to the attention of the B.O.P 's regional staff while these issues were addressed in the moment they simply resume and still occur to date. August of 2023 the American Correctional Association inspected the institution prior to that institution bathrooms were given a Fresh coat of paint and some of the most notable leaks were given quick temporary fixes and attempt to cover up the gravity and longevity of the issues. Many issues still persist as of 10/16/2023, there is a leak above Mariana Alpha in urinals that trickle down on all that use the urinals, three toilets have remained clogged unflushable and unaddressed by the institution for weeks while the Marianna is not the only unit with these problems.

Marianna unit where Bridgewater resided does have hot water; there are two buildings on the compound who are without and those inmates are required to travel to the Mariana building to bathe, exposing all inmates to threats of risk and harm.

In conclusion Bridgewater who is medically complex has exhibited to a notable decline in health especially since his custody under the Bureau of Prisons this along with the difficulties of suffering and the decline are no coincidence and Bridgewater's arrival at Forest City management low in September of 2019 his health has been neglected mismanaged and treated

indifferently. Many of Bridgewater's medical requests have gone on unanswered or unduly delayed to the point of reversible impact leaving Bridgewater to beg and desperately plead for relief that is inherently insufficient. By having to practically fight for his own care to be half hardly handled at a minimum and in site of the others medical mishaps would burden any reasonable person and lead them to believe their safety and longevity of their life is being fumbled and slipping past the grip of the very individuals who tasked with caring for his life ,especially since those individuals will go to the extensive altering the regiments of long-term illness on multiple occasions without consulting the outside medical specialist that prescribed said regiment while under the B.O.P's custody and tandem with a lack of accommodation for Bridgewater's medical fragility in a high population density prison setting are questionable living conditions that are preventable yet have remain unresolved for years that may have affected his overhaul health, both physically and mentally as well.

Although Warden Garrett and director Peters were not directly involved in the mismanagement of Bridgewater's Healthcare they are in fact the overseers of the facility and its staff to ensure that things were going as they were supposed to. When Staff refuse to take forms set by the B.O.P to administer remedies and no clear chain of command is followed with those remedies there is no way to alert the overseers of the facility the issues at hand. Letters sent to Director Peters went unanswered.

As of this date December 13th 2024 Bridgewater's health is still in very bad shape post incarceration. His diabetes that was poorly managed by the B.O.P for 5 years is taking 9 months to come close to stabilizing now on a continuing glucose monitor, pills and two different shots to stabilize his glucose levels the sliding scale that was ineffective due to the fact that it was the wrong insulin and when taking the insulin at erratic times . Especially since the insulin line was moved to 3 hours before meal time, and was around inconsistent meal times. This wrong insulin would cause glucose level to drop drastically causing dizziness and passing out.

His HIV infection is also stabilizing now with no clear indication as of yet what harm has been done by taking two of the same medicines for antiviral therapy that Bridgewater was kept on for no clear reason. Bridgewater still needs close monitoring of his liver and kidney processes. Bridgewater's immune system will never fully recover from this neglect that was placed upon him unnecessarily.

Bridgewater was on anxiety medicines since he was 16 years old. The Marshalls stripped him of those and they were never replaced. Anti Anxiety medicines have been prescribed to aid in sleeping and being able to handle panic attacks , night terrors ,stresses and public outings.

This isn't just about a disagreement of treatment, this is about the unnecessary worry, fear and pain that was allowed to continue for Bridgewater with the Bop throughout his custody and the effects he now suffers from that. mismanagement by the defendants

Bridgewater request the relief as the following:

1. To mandate the Bureau of Prisons to establish a third party oversight by medical professionals to handle grievances by inmates and their families pertaining to inmate medical care, lack of care, medical mishaps and improper diagnosis, prescription mistakes and other related concerns. This is to be a process completely independent from Bop medical staff and staff in general.
2. To allow the purchase of the over counter medication and Health products such as but not limited to Cold and Flu products allergy products and digestion and constipation products and medicated shampoos on a daily basis during sick calls, pill lines and pill pickups.o the inmates are not subject to commissary shopping schedules and other inconsistencies with commissary for their medically related matters.
3. Before or during the inmate intake process collect information pertaining to the records of medical history and previous providers of treatment were such records are to be at retrieved from that provider so that the Bop at the institution is tasked with providing for the inmates care have a knowledgeable and comprehensive understanding of the individuals basic needs.
4. To award monetary relief to Bridgewater for his suffering of undue stress, worry, anxiety and pain and the detrimental Health decline which still is impacting his life for the total sum of $375 million dollars or a lesser amount being sufficient by The Honorable Court. Or in the alternative to clarify finding of wrong suffered by Bridgewater at the liability of the Bop so that Bridgewater may pursue monetary relief in a future civil proceeding supported by the findings of this Honorable Court.

ATT 3

David Buckbenter
814 Peach st
Poplar Bluff MO.
63901

U.S. POSTAGE PAID
FCM LETTER
POPLAR BLUFF, MO 63901
DEC 16, 2024
$1.29
S2324M502126-17

Clerk of The Court
600 West Capital one
Suite A-149
Little Rock Ark
72201-3325