IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID A. BRIDGEWATER                                                              PLAINTIFF

v.                                      No. 2:23-cv-224-DPM-BBM

C. GARRETT, Warden,
FCI Forrest City; M. TOMAR,
M.D., FCI Health Director,
FCI-Low; JULIETTE FONTAINE,
M.D., Contract Physician,
FCI-Low; NAWANNEM
OBI-OKOYE, M.D., FCI-Low;
ROSEMARY STILES, Nurse
Practitioner, FCI-Low; L. YATES,
Retired Nurse, FCI-Low;
C. SHELTON, Pharmacist, FCI-Low;
PHILLIPS, Nurse, FCI-Low;
MARY BIRDSONG, Contract
Physician, FCI-Low; and
COLLETTE PETERS, Director, B.O.P.                                           DEFENDANTS

ORDER

The Court adopts Magistrate Judge Moore's unopposed recommendation, *Doc. 19*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Bridgewater's medical deliberate indifference claims against Dr. Tomar and Dr. Obi-Okoye in their individual capacities go forward. His other claims are dismissed without prejudice. The Court directs the Clerk to terminate Warden

Garrett, Dr. Fontaine, Nurse Practitioner Stiles, Nurse Yates, Shelton, Nurse Phillips, Dr. Birdsong, and Director Peters as parties.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 May 2025