# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

DAVID A. BRIDGEWATER                                           PLAINTIFF

v.                              No. 2:23-cv-224-DPM-BBM

MAHARAJ ALEXANDRO TOMAR,
M.D., FCI Health Director,
FCI-Low and NAWANNEM
OBI-OKOYE, M.D., FCI-Low                                      DEFENDANTS

## ORDER

Bridgewater's motion to extend time, *Doc. 45*, was filed after his deadline to respond to the summary judgment motions and on the same day Magistrate Judge Kearney's proposed findings and recommendations on them. The time to respond to the motions has passed; but the Court will give Bridgewater additional time to respond to the proposed findings and recommendation, *Doc. 44*. Motion, *Doc. 45*, granted as modified. Objections to *Doc. 44* due by 13 April 2026.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2026