# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

DAVID A. BRIDGEWATER                                          PLAINTIFF

v.                                    No. 2:23-cv-224-DPM

MAHARAJ ALEXANDRO TOMAR,
M.D., FCI Health Director,
FCI-Low and NAWANNEM
OBI-OKOYE, M.D., FCI-Low                                      DEFENDANTS

## ORDER

Motions, *Doc. 47 & 48*, granted as modified.  Defendants' motions for summary judgment on the merits are due by 20 May 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2026