IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID A. BRIDGEWATER                                                    PLAINTIFF

v.                                    No. 2:23-cv-224-DPM

MAHARAJ ALEXANDRO TOMAR,
M.D., FCI Health Director,
FCI-Low and NAWANNEM
OBI-OKOYE, M.D., FCI-Low                                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 44*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motions for summary judgment, *Doc. 36 & 39*, granted.  Bridgewater's claims against Director Tomar and Dr. Obi-Okoye will be dismissed without prejudice for failure to exhaust.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_