## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

DAVID A. BRIDGEWATER                                        PLAINTIFF

v.                              No. 2:23-cv-224-DPM

C. GARRETT, Warden, FCI Forrest City;
MAHARAJ ALEXANDRO TOMAR,
M.D., FCI Health Director, FCI-Low;
JULIETTE FONTAINE, M.D., Contract
Physician, FCI-Low;  NAWANNEM
OBI-OKOYE, M.D., FCI-Low;
ROSEMARY STILES, Nurse Practitioner,
FCI-Low;  L. YATES, Retired Nurse, FCI-Low;
C. SHELTON, Pharmacist, FCI-Low;
PHILLIPS, Nurse, FCI-Low;  MARY
BIRDSONG, Contract Physician, FCI-Low;
and COLLETTE PETERS, Director, B.O.P.          DEFENDANTS

## JUDGMENT

Bridgewater's medical deliberate indifference claims against Dr.
Tomar and Dr. Obi-Okoye are dismissed without prejudice for failure
to exhaust.  His remaining claims are dismissed without prejudice for
failure to state a claim.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_